UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HABIBOR R. (A-Number: 226-087-028),<br>Petitioner,<br>v.<br>CHRISTOPHER CHESTNUT, et al.,<br>Respondents. | No. 1:26-cv-02405-KES-EGC (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS PETITION FOR FAILURE TO OBEY AND FAILURE TO PROSECUTE<br><br>(Docs. 25) |

Habibor R. is an immigration detainee proceeding with counsel on a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(17).

On September 8, 2026, the assigned magistrate judge issued findings and recommendations to dismiss petitioner's petition for failure to obey and failure to prosecute. Doc. 25. The court served the findings and recommendations on all parties. No party filed objections. *See* Docket.

In accordance with 28 U.S.C. § 636(b)(1), the Court conducted a de novo review of this

case. Having carefully reviewed the entire file, the Court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED:

1. The findings and recommendations issued on September 8, 2026 (Doc. 25) are ADOPTED in full.
2. Petitioner's petition is DISMISSED without prejudice.
3. The Clerk of Court is directed to terminate any pending motions and close this case.

IT IS SO ORDERED.

Dated: October 11, 2026

UNITED STATES DISTRICT JUDGE